UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| NICOLE D. ENGLEHARDT ) | | |
| (Social Security No. XXX-XX-8664), ) | | |
| ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | 3:09-cv-77-WGH-RLY | |
| ) | | |
| MICHAEL J. ASTRUE, Commissioner ) | | |
| of Social Security Administration, ) | | |
| ) | | |
| Defendant. ) | | |

**FINAL JUDGMENT ENTRY**

The final decision of the Commissioner in this case is **AFFIRMED.** The plaintiff's Complaint is **DISMISSED.** Each party shall bear its own costs.

**Entered:** April 9, 2010

_____
William G. Hussmann, Jr.
United States Magistrate Judge
Southern District of Indiana

Laura Briggs, Clerk
U.S. District Court

By:_____
Deputy Clerk

**Electronic copies to:**

Eric Joseph Yocum
eric_yocum@msn.com

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov